UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

RECEIVED
2005 FEB 17 A 11: 12
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| ELOY CRUZ, | * | |
| Petitioner, | * | |
| -vs- | * | Crim. No. 3-00cr-77(JCH) |
| UNITED STATES OF AMERICA, | * | |
| Respondent, | * | Civil No. 3:03-cv-1174(JCH) |
| HON. JANET C. HALL, | * | |
| Nominal Defendant, | * | |

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
2-17-05
Kevin F. Rowe, Clerk
By_____ Deputy Clerk

## PETITION FOR WRIT OF MANDAMUS

COMES NOW, Petitioner, Eloy Cruz, pro se, and hereby respectfully moves this Honorable Court to issue a writ of mandamus to the district court to rule on his timely Rule 59(e) motion which has been pending since August 9, 2004. This Rule 59(e) was filed in the district court after the district court denied Petitioner's section 2255 motion on July 30, 2004 sending the order to Petitioner on August 3, 2004.

Discussion:

It is well settled that the Court of appeals has inherent power to issue a writ of mandamus to compel the district court to perform duties assigned to it by the constitution. See Madden v. Myers, 102 F.3d 74(3rd Cir. 1996). Courts have held that as long as the Petitioner is statutorily or constitutionally entitled to the expected resolution, a writ of mandamus is required to compel an action from the court. See also Johnson v. Rogers, 917 F.2d 1283 (10th Cir. 1990).

-1-

In <u>Madden v. Myers</u>, the Third Circuit observed that a 3-month delay justified an issed of a writ of mandamus, however, that Court allowed additional 60 days for the district court to act upon the motion.

This Court should compel the district court to make a ruling in this case by issuing a writ of mandamus. Alternatively, the writ could be withheld while the district court considers attending to the pending motion with an order from this Court fashioning a reasonable time frame.

Wherefore, Petitioner respectfully prays.

*Eloy Cruz*
Eloy Cruz, Pro Se
Petitioner
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432

## Affidavit of Indigency

Eloy Cruz, duly sworn, deposes and says:

1. I am the Petitioner in the within Petition for mandamus, and am currently incarcerated at FCI Elkton, P.O. Box 10, Lisbon, Ohio 44432.

2. I am unemployed due to my incarceration.

3. I do not own any real estate properties, personal properties, cars, or any bank accounts.

4. I do not own any cash nor do I expect to come into any inheritances.

5. I cannot afford to pay the cost of this litigation due to my poverty.

6. I swear under penalty of perjury pursuant to 28 U.S.C., §1746 that the foregoing is true and correct.

_____
Eloy Cruz
Declarant

Dated: 12 Day of February, 2005.

<u>Certificate of Service</u>

I certify that a true and correct copy of the within Petition for mandamus has been sent to the following:

Peter Markles, AUSA
United States Attorney's Office
District of Connecticut
157 Church Street
New haven, Ct. 06510

Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Respectfully Submitted:

*Eloy Cruz*
Eloy Cruz, Pro Se
Petitioner
FCI Elkton
P.O.Box 10
Lisbon, Ohio 44432

Dated: 14 day of February, 2005.

-4-