UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELOY CRUZ | : | CRIMINAL NO. |
|     Petitioner | : | 3-00-cr-77 (JCH) |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-03-cv-1174 (JCH) |
| UNITED STATES OF AMERICA | : | |
|     Respondent | : | MARCH 23, 2005 |

**NOTICE TO PETITIONER**

The court has received from petitioner a copy of his Petition for Writ of Mandamus, which he has filed with the Second Circuit. The court wishes to bring to petitioner's attention the court's Ruling (Dkt. No. 73) on his Motion to Reconsider (Dkt. No. 72), which Ruling was docketed on November 18, 2004. If it is his Motion to Reconsider which is the subject of his Mandamus Petition, and he wishes to appeal from the Ruling thereon, he may move, under F. R. App. Pr. 4a(5)a(2), for an extension of time to file his Notice of Appeal on the ground that he did not receive a copy of this Ruling. (The Clerk is directed to send a copy of that Ruling to Petitioner when this Notice is sent.)

If the "Rule 59(e) Motion" referred to in the Mandamus Petition is something other than the Motion to Reconsider (Dkt. No. 72), filed August 31, 2004), the court advises Petitioner that there are no motions pending in this court on the docket.

**SO ORDERED**.

Dated at Bridgeport, Connecticut this 23rd day of March, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge