UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 APR 19 P 4: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| ELOY CRUZ, | : | Criminal No. |
| | : | 3-00-cr-77(JCH) |
| Petitioner, | : | |
| -vs- | : | Civil Action No. |
| | : | 3-03-cv-1174(JCH) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent | : | |

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE A NOTICE OF APPEAL

COMES NOW Petitioner, Eloy Cruz, Pro Se, and hereby respectfully moves this Honorable Court to allow him time to file an out-of-time notice of appeal due to the fact that the order whicn this Court indicates was entered on November 18, 2004 was not received by this Petitioner.

As such, Petitioner wishes this motion to also **serve as a Notice of Appeal** to appeal this said November 18, 2004 order.

Petitioner further requests that the order be sent to him so he could see what this Court's reasons for denial was.

Wherefore, Petitioner respectfully prays.

Respectfully Submitted:

_____
Eloy Cruz, Pro Se
Petitioner

Dated: 7 day of April, 2005.