

**MANDATE**

D.Conn.
03-cv-1174
00-cr-77
Hall, J.

FILED
2005 APR 29 P 2: 51

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 8th day of April two thousand and five,

Present:
    Hon. Jon O. Newman,
    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
            *Circuit Judges*.



In re Eloy Cruz,

                              05-0802-op

            Petitioner.

Petitioner, *pro se*, petitions for a writ of mandamus and moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that leave to proceed *in forma pauperis* is granted for the purpose of permitting this petition for a writ of mandamus to be filed. It is further ORDERED that the mandamus petition is denied as moot because the district court has already ruled on petitioner's motion for reconsideration.

                FOR THE COURT:
                Roseann B. MacKechnie, Clerk

                By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

APR -8 2005

—Mandate issued: 4/11/05—

D.Conn.
03-cv-1174
00-cr-77
Hall, J.

2005 APR 29 P 2: 51

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 8th day of April two thousand and five,

Present:
        Hon. Jon O. Newman,
        Hon. José A. Cabranes,
        Hon. Rosemary S. Pooler,
                *Circuit Judges*.



In re Eloy Cruz,

                                            05-0802-op

                        Petitioner.

Petitioner, *pro se*, petitions for a writ of mandamus and moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that leave to proceed *in forma pauperis* is granted for the purpose of permitting this petition for a writ of mandamus to be filed. It is further ORDERED that the mandamus petition is denied as moot because the district court has already ruled on petitioner's motion for reconsideration.

                                FOR THE COURT:
                                Roseann B. MacKechnie, Clerk
                                By: *Lucille Carr*

SAO/CRC

APR -8 2005

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER
RECEIVED BY:_____ DATE_____