UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAY -9 P 3: 24

U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| -vs- | * | Crim. No. 3-00-cr-00077(JCH) |
| ELOY CRUZ, | * | Civ. No. 3-03-cv-1174(JCH) |
| Defendant. | * | |

## NOTICE OF APPEAL

COMES NOW, Defendant Eloy Cruz, and hereby respectfully moves
this Honorable Court to enter an order noticing his intent to appeal
this Court's order denying his section 2255 motion dated July 30, 2004.

This Court granted extension of time in which to file this Notice
of Appeal.  See order of April 22, 2005, giving Defendant until May
18, 2005 in which to file a notice of appeal.

Defendant wishes to file this appeal in forma pauperis due to
Defendant's indigency status.

Wherefore, Defendant respectfully prays.

Respectfully Submitted:

_Eloy Cruz_

Eloy Cruz, Pro Se
Defendant
FCI Elkton
P.O.Box 10
Lisbon, Ohio 44432

Dated: 4 day of  May  , 2005.