**FILED**

2005 DEC 27 P 1:57

U.S. DISTRICT COURT
NEW HAVEN, CT

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

USA

VS.

ELOY CRUZ

CR. NO. 3:00CR77(JCH)
CV. NO. 3:03CV1174(JCH)

USCA NO. 05-2401

## THE INDEX ON APPEAL

Doc. Nos. 66, 68, 69, 72

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND _1 Vol o/r_ VOLUMES OF ORIGINAL RECORD.
DATE: 12/16/05