D. Conn. /New Haven
00-CR-77
03-CV-1174
Hall, J.

**MANDATE**

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 6th day of June two thousand and six,

Present:

>Hon. Dennis Jacobs,
>Hon. Barrington D. Parker,
>>*Circuit Judges,*
>Hon. David G. Trager,
>>*District Judge.**



Eloy Cruz,

>Petitioner-Appellant,

v.                                                           05-2401-pr

United States of America,

>Respondent-Appellee.

Appellant, *pro se*, moves for a certificate of appealability and *in forma pauperis* status. Upon due consideration, it is ORDERED that the motions are DENIED and the appeal is DISMISSED. The appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: /s/ Lucille Carr

JUN 6 2006

---

*The Honorable David G. Trager, of the United States District Court for the Eastern District of New York, sitting by designation.

SAO-RH    ROSEANN B. MacKECHNIE, CLERK
A TRUE COPY

Issued as Mandate: SEP 2 2 2006