December 16, 2007

Eloy Cruz #13841-014
P.O. Box 9000
Ray Brook, N.Y. 12977

U.S. District Court House
Honorable Judge Janet C. Hall
915 Lafayette Boulevard
Bridgeport, CT 06604



United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
12-19   20 07
Roberta D. Tabora, Clerk
By_____ Deputy Clerk

Re: Criminal No. 3-00-cr-77

Dear Honorable Judge Janet C. Hall:

I am currently incarcerated at FCI Ray Brook for the above referred. The purpose of my correspondence is to make a request of the court, to assign legal counsel to handle the legalities involved with the recent retroactive amendment of the crack guidelines.

I was sentenced above the manditory minimum and the recent changes in the law would make me eligible for a reduction of my sentence.

I would like to thank you in advance for your

time and attention in this matter.

Sincerely,

Eloy Cruz

*Eloy Cruz*