UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED
JAN 07 2008
FILED

2008 JAN 15 P 2: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ELOY CRUZ,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

CRIMINAL NO.
3-00-cr-77 (JCH)

CIVIL ACTION NO.
3-03-cv-1174 (JCH)

### MOTION/REQUEST FOR APPOINTMENT OF COUNSEL

Eloy Cruz, (Cruz), acting pro se, respectfully asks the Court to appoint counsel in order to file a Motion under 18 U.S.C. § 3582(c)(2). Cruz is indigent and the recent retroactive guideline amendment is applicable to his case. Cruz attaches a CJA 23 form. See attached.

WHEREFORE, Cruz prays that the motion is granted.

Respectfully submitted,
Eloy Cruz, pro se
Reg. No. 13841-014
FCI Ray Brook
P.O. Box 9000
Ray Brook, NY 12977-9000
Dated: January 2, 2008

### CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid first class to: U.S. Attorney's Office, 915 Lafayette Boulevard, Bridgeport, CT 0660 by placing in the hands of prison officials for mailing this 2 day January, 2008.

Eloy Cruz