December 16, 2007

Eloy Cruz # 13841-014
P.O. Box 9000
Ray Brook, N.Y. 12977

U.S. District Court House
Honorable Judge Janet C. Hall
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Criminal No. 3-00-cr-77

Dear Honorable Judge Janet C. Hall:

I am currently incarcerated at FCI Ray Brook for the above referred. The purpose of my correspondence is to make a request of the court, to assign legal counsel to handle the legalities involved with the recent retroactive amendment of the crack guidelines.

I was sentenced above the manditory minimum and the recent changes in the law would make me eligible for a reduction of my sentence.

I would like to thank you in advance for your

**United States District Court**
District of Connecticut
FILED AT    BRIDGEPORT

12-19    20 07
Roberta D. Tabora, Clerk
By
Deputy Clerk

time and attention in this matter.

Sincerely,

Eloy Cruz
Eloy Cruz