# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CRIMINAL NO.: 3:00CR00077(JCH)

V.

ELOY CRUZ : MARCH 18, 2008

## MOTION FOR APPOINTMENT OF CJA COUNSEL

The Defendant, ELOY CRUZ, through the undersigned counsel Robert G. Golger, hereby respectfully requests that the undersigned be appointed CJA counsel for representation of the Defendant for his resentencing under the new crack cocaine sentencing guidelines.

WHEREFORE, the Defendant respectfully requests appointment as CJA counsel.

Respectfully submitted,

**ELOY CRUZ**

BY:  /s/    Robert G. Golger

ROBERT G. GOLGER
Juris No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT  06825
(203) 255-9928

## **CERTIFICATION**

I hereby certify that on March 18, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Robert G. Golger
      ROBERT G. GOLGER