# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

v.

**ELOY CRUZ**

## APPEARANCE

CASE NUMBER:    3:00CR00077(JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    ELOY CRUZ

| | |
|---|---|
| **3/18/08** | Signature |
| Date | **ROBERT G. GOLGER, ESQ.** |
| **CT 03116** | Print Clearly or Type Name |
| Connecticut Federal Bar Number | **ONE POST ROAD** |
| **(203) 255-9928** | Address |
| Telephone Number | **FAIRFIELD, CT   06824** |
| **(203) 255-6618** | |
| Fax Number | |
| **rgolger@qrlaw.com** | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001