UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     Plaintiff, : | |
| v.   : | CRIMINAL ACTION NO. |
|         : | 3:00CR00077 (JCH) |
| ELOY CRUZ, : | |
|     Defendant. : | JULY 7, 2008 |

**ORDER TO SHOW CAUSE**

The defendant is hereby ORDERED to SHOW CAUSE by July 31, 2008, why the defendant's sentence should be reduced pursuant to 18 U.S.C. § 3582(c)(2) and (994(u), and if it should, to what term.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 7th day of July, 2008.

                              /s/ Janet C. Hall
                              Janet C. Hall
                              United States District Court